# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONTGOMERY COUNTY** | : | **CIVIL ACTION** |
| **INTERMEDIATE UNIT NO. 23** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **K.S., By and Through His Parents,** | : | |
| **K.S. and F.S., K.S., In Their Own** | : | |
| **Right and F.S. In Their Own Right** | : | **NO. 20-2330** |

## ORDER

**NOW,** this 29th day of June, 2021, upon consideration of plaintiff Montgomery County Intermediate Unit No. 23's Motion for Judgment on the Administrative Record (Doc. No. 16), the defendants' Motion for Judgment on the Administrative Record (Doc. No. 17) and after an independent review of the administrative record, **IT IS ORDERED** as follows:

1. The plaintiff's motion is **DENIED**.

2. The defendants' motion is **GRANTED**.

3. The decision of the Special Education Hearing Officer dated February 28, 2020 is **AFFIRMED** in its entirety.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.